# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BATES,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | **NO. 20-2956** |
| **MONTGOMERY COUNTY,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 17th day of September 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 5) and Plaintiff's Response in Opposition (ECF No. 6), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Count IV;
   a. Plaintiff is granted leave to amend the Complaint to remedy the deficiency in this claim;
   b. This leave to amend applies to this claim only;
2. The Motion is **DENIED** in all other respects.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**