IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON BATES | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-2956 |
| | : | |
| MONTGOMERY COUNTY, et al | : | |

## **ORDER**

Following upon the settlement conference held on September 29, 2022, it is hereby **ORDERED** that counsel for the parties shall meet and confer on their settlement discussions and provide the Court with a status report **on or before noon Friday, October 7, 2022.**

BY THE COURT:

Date: September 29, 2022

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge